# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
           **Plaintiff,**

           **v.**                                   **Case No. 12-CR-15**

**MONTRELL D. DOTSON**
                **Defendant.**

## SCHEDULING ORDER

**IT IS ORDERED** that defendant's motion to adjourn the trial date (R. 16) is **GRANTED**. For the reasons stated in defendant's motion, the court finds that the ends of justice served by granting the adjournment outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that the matter is scheduled for **STATUS** on **Friday, May 11, 2012, at 11:30 a,m.**  The court will address further scheduling at that time.

Dated at Milwaukee, Wisconsin, this 10th day of April, 2012.

/s Lynn Adelman

_____
LYNN ADELMAN
District Judge